JOSEPH M. LOWE, as Executor, etc., of JACOB S. KLEIN, Deceased, Respondent, v. LEO N. FAIRBERG, Defendant, and VAN PRAAG & Co., Appellant.— Action by plaintiff, as creditor of defendant Fairberg, to recover a judgment under the provisions of section 44 of the Personal Property Law. Judgment in favor of plaintiff reversed on the law and the facts, with costs, and the complaint dismissed, with costs. We are of opinion that the Personal Property Law (§ 44) is not applicable and that, in any event, on the proof adduced it was not violated. Resettled findings of fact numbered third to thirteenth, inclusive, and the conclusions of law are reversed and new findings and conclusions will be made. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur. Settle order on notice.

MALCOLM REALTY COMPANY, INC., Appellant, v. 21 EAST TWENTY-FIRST STREET CORPORATION and Others, Defendants, and ANGELINA BUTTERMARK and Others, Respondents.— In an action to foreclose a mortgage, order denying plaintiff's motion for summary judgment reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The claim of the respondents that at the time the 21 East Twenty-first Street Corporation made its mortgage to plaintiff it no longer had title to the property in question, having conveyed the same two days prior thereto to one Olsen, cannot be sustained. Although the deed from it to Olsen is dated September 23, 1931, it was not recorded until September 28, 1931, and the presumption, therefore, is that the deed to Olsen was not delivered until the date it was recorded. (*Ford* v. *Gale*, 155 App. Div. 675.) Furthermore, the proof on the part of the plaintiff, that this deed was not delivered until September 28, 1931, is uncontradicted. Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ., concur.

FRANK MARAZZO, Respondent, v. LEWIS NURSERIES, INC., Appellant.— In an action to recover damages for personal injuries sustained as the result of a collision of automobiles, order granting plaintiff's motion for a preference affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.